## 39267. CRISWELL v. THE STATE.

PER CURIAM.

This appeal is controlled by our decision in *Ramey v. State,* 250 Ga. 455 (298 SE2d 503) (1983).

*Judgment affirmed. All the Justices concur, except Smith and Weltner, JJ., who dissent.*

DECIDED FEBRUARY 3, 1983.

*Jack E. Carney, Jr.,* for appellant.

*Dupont K. Cheney, District Attorney, Harrison W. Kohler, Assistant District Attorney, Michael J. Bowers, Attorney General, Mary Beth Westmoreland, Assistant Attorney General,* for apellee.